**UNITED STATES of America,**
**Appellee,**

v.

**Lorenzo MONTEJANO–QUINTANAR,**
**Appellant.**

No. 04–3969.

United States Court of Appeals,
Eighth Circuit.

Submitted Sept. 12, 2005.

Decided Dec. 2, 2005.

John S. Courter, U.S. Attorney's Office, Des Moines, IA, for Plaintiff–Appellee.

Lorenzo Montejano–Quintanar, Leavenworth, KS, pro se.

Richard R. Hollis, Des Moines, IA, for Defendant–Appellant.

Before ARNOLD, HANSEN, and GRUENDER, Circuit Judges.

PER CURIAM.

A jury convicted Lorenzo Montejano–Quintanar of one count of conspiracy to distribute methamphetamine and marijuana and two counts each of distribution of methamphetamine and marijuana, including the distribution of more than 50 grams of methamphetamine. The district court[1] sentenced him to the statutory mandatory minimum of 20 years' imprisonment based on the jury's drug-quantity finding and his prior felony conviction. *See* 21 U.S.C. § 841(b)(1)(A). Montejano–Quintanar appeals his conviction and sentence, raising a host of arguments. We have carefully reviewed the record and find Montejano–Quintanar's claims of error to be wholly without merit. Therefore, we affirm the judgment of the district court. *See* 8th Cir. R. 47B.

---

1. The Honorable Ronald E. Longstaff, Chief Judge, United States District Court for the Southern District of Iowa.